**GED INTEGRATED SOLUTIONS, INC. and Newell Operating Company (doing business as Ashland Products, Inc.), Plaintiffs–Appellants,**

v.

**DUROTECH INTERNATIONAL, INC., Defendant–Cross Appellant.**

**Nos. 2009–1273, 2009–1286.**

United States Court of Appeals, Federal Circuit.

Dec. 14, 2009.

Thomas H. Shunk, Baker & Hostetler LLP, of Cleveland, OH, argued for plaintiffs-appellants. With him on the brief were Stephen J. Schultz and George L. Pinchak, Tarolli, Sundheim, Covell & Tummino LLP, of Cleveland, OH.

Timothy J. Monahan, Monahan & Moses, LLC, of Greenville, SC, argued for defendant-cross appellant. With him on the brief were Ray L. Weber and Laura J. Gentilcore, Renner, Kenner, Greive, Bobak, Taylor & Weber, LPA, of Akron, OH.

Before MAYER, CLEVENGER, and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.